Opinion filed February 26, 2009











 
 
  
 
 







 
 
  
 
 




Opinion filed February 26, 2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-09-00048-CV

                                                    __________

 

                                            JOSS-I, L.P., Appellant

 

                                                             V.

 

                       RIDDEL
LAND & CATTLE CO. ET AL, Appellees

 



 

                                          On
Appeal from the 39th District Court

 

                                                       Stonewall
County, Texas

 

                                                     Trial
Court Cause No. 4477

 



 

                                              M E
M O R A N D U M   O P I N I O N

JOSS-I,
L.P. has filed in this court a motion to dismiss its appeal.  JOSS-I contends
that its appeal is moot because the trial court has granted its motion for new
trial.  The motion is granted, and the appeal is dismissed.

 

PER CURIAM

February 26,
2009

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.